**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KATRINA D. WILLIAMS ) | Case No. 17-30117−KLP |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION TO INCUR DEBT

COMES NOW, the Debtor, by counsel, and as and for Debtor's Motion to Incur Debt, states as follows:

1.  The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on January 9, 2017.

2.  The Debtor has applied for and Movement Mortgage has approved a loan to the Debtor in the amount of $182,631.00.00 plus interest at 2.750% per annum to be repaid with 360 equal monthly payments of approximately $1,044.45 for principal, interest, and escrow for the purchase of a home located at 2807 Pine Meadows Circle, Chesterfield VA 23831-5263, more particularly described as

> ALL THAT CERTAIN OR PARCEL OF LAND WITH THE IMPROVEMENTS THEREON AND APPURTENANCES THERETO BELONGING, LYING, BEING AND SITUATE IN BERMUDA MAGISTERIAL DISTRICT, CHESTERFIELD COUNTY, VIRGINIA, DESIGNATED AS LOT 6, BLOCK B, SECTION 2, CRADDOCK POINT SUBDIVISION, Parcel ID: 798650526700000

(the "Property").

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

3.  The purchase price of the Property is $186,000.00. The closing costs are to be paid by the Debtor.

4.  There will be no loan proceeds payable to the Debtor.

5.  The purchase of the Property is in the best interest of the Debtor and will facilitate the Debtor's ability to perform under her Chapter 13 Plan filed herein.

6.  The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

                KATRINA D. WILLIAMS

                By: /s/ James E. Kane
                      Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                /s/ James E. Kane
                James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:                                          )
                                                )
KATRINA D. WILLIAMS           )        Case No. 17-30117−KLP
                                                )        Chapter 13
                 Debtor               )

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed Motion to Incur Debt in the above matter.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing to be scheduled for **January 27, 2021 at 10:00 a.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, VA 23219.**  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

3

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: January 14, 2021                                  KATRINA D. WILLIAMS

                                                        By: /s/ James E. Kane
                                                                 Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                                          /s/ James E. Kane
                                                           James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 17-30117-KLP<br>Eastern District of Virginia<br>Richmond<br>Thu Jan 14 15:38:27 EST 2021 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | UST smg Richmond<br>Office of the U. S. Trustee<br>701 East Broad St., Suite 4304<br>Richmond, VA 23219-1849 |
| United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | 1st Advantage Fcu<br>110 Cybernetics Way<br>Yorktown, VA 23693-5615 | 1st Advantage Fcu<br>PO Box 2116<br>Newport News, VA 23609-0116 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Edward Smith<br>1107 Althea Parkway<br>Richmond, VA 23222-5103 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Luther Appliance & Furniture<br>129 Oser Ave Ste A<br>Hauppauge, NY 11788-3813 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 |
| Mccarthy Burgess & Wol<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 | Nissan<br>POB 660366<br>Dallas, TX 75266-0366 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | Onemain Financial<br>6801 Colwell Blvd<br>Irving, TX 75039-3198 | Pediatric Center<br>10571 Telegraph Rd.<br>Suite 110<br>Glen Allen, VA 23059-4652 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Richfield Place Apartments<br>6001 Grammercy Circle<br>Richmond, VA 23227-2328 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Virginia Credit Union<br>P.O. Box 90010<br>Richmond, VA 23225-9010 | Virginia Department of Tax<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 |
| Katrina Delores Williams<br>5818 Glascock Court<br>Henrico, VA 23227-2312 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238-0000 | Nissan Motor Acceptance<br>990 W 190th St<br>Torrance, CA 90502-0000 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)1st Advantage Fcu<br>00000-0000 | (d)Virginia Credit Union Inc<br>PO Box 90010<br>Richmond, VA 23225-9010 | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    2<br>Total                 30 |